FILED BY____FBS____D.C.

Sep 29, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Magistrate Section

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-03920-LOUIS

UNITED STATES OF AMERICA

vs.

DE'VONTE KENJUAN WILSON,
    a/k/a "Brazy,"

    Defendant.
_____/

FILED UNDER SEAL

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  __Yes  X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ Karla Albite
KARLA ALBITE
Assistant United States Attorney
Federal Bar No.: A5502593
99 N.E. 4th Street
Miami, Florida 33132
E-mail: Karla.Albite@usdoj.gov
Telephone: (305) 961-9268
Fax: (305) 536-4699

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-MJ-03920-LOUIS |
| DE'VONTE KENJUAN WILSON, a/k/a "Brazy," | ) ) ) | |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 15, 2021  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a Machinegun |
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Grzegorz A. Bitner, ATF Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  FaceTime

Date: September 29 2021

_____
*Judge's signature*

City and state:  Miami, Florida   Honorable Lauren Fleischer Louis, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Grzegorz A. Bitner, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Titles 18 and 26 of the United States Code.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so since February 2019. I am currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") Task Force. I have received training and participated in investigations related to firearms, narcotics, violent crimes, drug and violent crime street organizations. As a Special Agent for ATF, I am familiar with investigations of a variety of federal offenses, including violations of the National Firearms Act ("NFA"), Title 26 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against DE'VONTE KENJUAN WILSON, a/k/a "Brazy" ("WILSON"), for possession of a machinegun, in violation of Title 18, United States Code, Section 922(o), and possession of an unregistered firearm, that is, a "switch," in violation of Title 26, United States Code, Section 5861(d). The term "machinegun" includes a Glock conversion device, commonly known as a "switch." A conversion device, or "switch," is a device that, when inserted into a semi-automatic firearm, manipulates the trigger bar and holds the bar down, so that the trigger mechanism is bypassed and the firearm is allowed to shoot more than one round of ammunition with one pull of the trigger. *See* 26 U.S.C. § 5845(b).

1

4. The statements contained in this affidavit come from my personal observations, my training and experience, and my review of documents and information obtained from other agents and witnesses. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

5. On September 10, 2021, a confidential informant ("CI") received a text message from an individual using (786) 521-7718 (the "x7718 number"). The message stated, "This 2POINT0 cuzzin." Law enforcement understood this text message to mean that the sender is stating he is "2.0's" cousin. "2.0" is the alias of another individual involved in brokering the sale of switches. The CI asked the sender for his name via text message, and the sender replied, "Brazy." Law enforcement believes that "Brazy" is an alias for WILSON.

6. Following the text message, on September 10, 2021, the CI called WILSON on the x7718 number and asked if he would be willing to deliver an "auto," referring to a switch. WILSON responded that his price for a switch was "seven," which law enforcement understood to mean $700.00. WILSON added that if a person were to buy more than four (4) switches, the price would be "four," or $400.00 per switch.

7. On September 14, 2021, the CI and an ATF undercover Special Agent ("UCA") attempted to purchase two switches from WILSON at an ATF undercover fixed location ("UCFL") in Miami, Florida. WILSON was not able to make it to the UCFL on September 14, 2021. The CI provided WILSON the UCA's cell phone number, and the UCA and WILSON communicated using Wilson's x7718 number to agree to meet at the UCFL on September 15, 2021, in order to purchase the switches.

8. On September 15, 2021, at approximately 6:44 a.m., WILSON sent the CI several photographs via text message of the switches. Additionally, WILSON sent a photograph of a suspected machine gun to the CI. The CI inquired whether this suspected machine gun was "full auto," that is fully automatic, and WILSON replied, "yeah."

9. Continuing on September 15, 2021, at approximately 1:03 p.m., law enforcement observed an individual, suspected to be WILSON, arrive at the UCFL. WILSON exited the rear passenger compartment of the vehicle wearing a black long-sleeve shirt with a Glock pistols logo on the front, khaki-colored shorts, a dark-colored hat, and a face mask. WILSON was holding what appeared to be a black bag.

10. WILSON entered an office area in the UCFL and met with the UCA. WILSON then placed two switches and a blue "swift link" on a table. "Swift links" are like "switches," but for AR-style rifles and pistols. "Swift links" are devices that, when inserted into a rifle, convert the rifle into an automatic weapon. WILSON additionally pulled out an AR pistol from a long black bag resembling a rifle bag and demonstrated to the UCA how the blue "swift link" converted the rifle into a fully automatic machinegun. During the transaction, WILSON stated to the UCA that he was getting ready to pick up twenty-five (25) switches in the next couple of days from his supplier. WILSON then accepted $1,200 in law enforcement funds from the UCA for the purchase of two switches and one blue "swift link."

11. Upon leaving the UCFL, law enforcement conducted physical surveillance of WILSON. WILSON arrived at 1762 NW 91st Street, Miami, Florida 33147, at approximately 1:31 p.m. The address matched that listed on WILSON's Florida driver's license.

12. Continuing on September 15, 2021, at approximately 10:56 p.m., WILSON sent to the CI a video of a man, who law enforcement believes was WILSON, firing a fully automatic

machinegun. The man was wearing clothing consistent with what WILSON had been wearing at the UCFL earlier that day, that is, a black long-sleeve shirt with a Glock pistols logo on the front, khaki-colored shorts, a dark-colored hat, and a face mask. The AR-style pistol depicted in the video was consistent with the one WILSON showed the UCA earlier that same day.

13. On September 16, 2021, the ATF Firearms and Ammunition Technology Branch ("FATD") provided a provisional determination that the two switches and "swift link" purchased by the UCA were consistent with being classified as machineguns. The items have been sent to FATD for a full examination.

14. Between September 15 and 21, 2021, WILSON and the UCA communicated via text message to broker the sale of additional switches. Ultimately, WILSON and the UCA agreed to meet at the same UCFL for WILSON to sell more switches to the UCA.

15. On September 21, 2021, at approximately 1:53 p.m., WILSON arrived at the UCFL and met with the UCA. WILSON was observed wearing a black long-sleeve shirt with a Glock pistols logo on the front, the same or similar to what WILSON wore for the September 15 meeting, and no face mask.

16. Once inside the office area in the UCFL, WILSON accepted $2,200 in law enforcement funds from the UCA for the purchase of four switches, and $200 for the purchase of one blue "swift link."

## CONCLUSION

17.     Based on the above facts, I respectfully submit that there is probable cause to support a criminal complaint against DE'VONTE KENJUAN WILSON, a/k/a "Brazy," for possession of a machinegun, in violation of Title 18, United States Code, Section 922(o), and possession of an unregistered firearm, that is, a "switch," in violation of Title 26, United States Code, Section 5861(d).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Grzegorz A. Bitner, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____FaceTime_____ this ____29____ day of September 2021.

_____
HONORABLE LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE

5